In the Matter of Proving the Will of MAGDALENA HERRMANN, Deceased.

ADAM STEIN et al., Appellants; WILLIAM OHMING, JR., as Executor of GEORGE H. HERRMANN and of FREDERICK E. HERRMANN, Deceased, et al., Respondents.

*Matter of Herrmann,* 172 App. Div. 907, affirmed.
(Argued October 5, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 28, 1916, which affirmed a decree of the New York County Surrogate's Court denying probate to a writing propounded as the last will of Magdalena Herrmann, deceased, upon the ground that fraud or undue influence was exercised upon the testatrix.

*George Gordon Battle* and *Gustav Goodmann* for appellants.

*Gilbert D. Lamb, James W. Osborne* and *John B. Quintin* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ. Absent: WILLARD BARTLETT, Ch. J.